JEFFREY A. DOLLINGER - State Bar No. 146582
jdollinger@wpdslaw.com
CAITLIN R. ZAPF - State Bar No. 255450
czapf@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 629-1600
Facsimile: (213) 629-1660

Attorneys for
PAPA MURPHY'S INTERNATIONAL LLC, a Foreign LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR FITZGERALD, individually and as Parent and Guardian of R.B., a Minor Child,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S INTERNATIONAL, LLC, a Foreign Corporation d/b/a PAPA MURPHY'S TAKE N BAKE; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01214-JAM-DB<br><br>Assigned to the Hon. Judge John A. Mendez<br><br>**STIPULATION TO CONTINUE STATUS REPORT DEADLINE AND RELATED DATES AND ORDER THEREON**<br><br>Complaint Filed: May 11, 2018 |
| PAPA MURPHY'S INTERNATIONAL LLC, a foreign LLC,<br><br>Third-Plaintiff,<br><br>v.<br><br>C.H. ROBINSON COMPANY, a Delaware Corporation; PROPACIFIC FRESH, INC., a California corporation; GREENGATE | |

FRESH, LLLP, an Arizona LLLP; and
MOES 1 through 20, inclusive,

Third Party Defendants.

WHEREAS, plaintiff's complaint alleges plaintiff and her minor children became ill after eating romaine lettuce tainted with *E. coli* O157:H7 bacteria.

WHEREAS, the parties agree that to date, the state and federal health officials investigating the *E. coli* outbreak at issue have not publically identified the source of the outbreak.

WHEREAS, Papa Murphy's International LLC (hereinafter "PMI") filed an answer on June 15, 2018 and a third party complaint on June 29, 2018 against three parties in PMI's supply chain;

WHEREAS, PMI filed a first amended third party complaint on July 16, 2018;

WHEREAS, PMI will endeavor to serve the third party defendants named in the first amended third party complaint as soon as practicable;

WHEREAS, the joint status report including the parties' Fed. R. Civ. Proc. 26(f) discovery plan is currently due on July 24, 2018 pursuant to the Standing Order;

WHEREAS, in the interests of judicial economy, the parties agree it would be beneficial to continue the deadline for the parties' joint status report and Rule 26(f) discovery plan to, at a minimum, allow the third party defendants to appear and participate in the initial proceedings;

WHEREAS, the parties agree to continue the deadline for the parties' joint status report and Rule 26(f) discovery plan for 60 days.

WHEREAS, the parties, by and through their counsel stipulate to the following new dates:

September 17, 2018: Last day for the parties to meet and confer regarding the case, including the issues to be addressed in the joint status report and Rule 26(f) discovery plan;

2

/ / /

<u>September 24, 2018</u>: Last day to file the parties' joint status report and Rule 26(f) discovery plan and complete the initial disclosures.

IT IS SO STIPULATED.

DATED: July 16, 2018  WOOLLS PEER DOLLINGER & SCHER
A Professional Corporation

/s/ Caitlin R. Zapf
JEFFREY A. DOLLINGER
CAITLIN R. ZAPF
Attorneys for
PAPA MURPHY'S INTERNATIONAL LLC, a Foreign LLC

DATED: July 16, 2018  MARLER CLARK LAW FIRM

/s/ William D. Marler
WILLIAM D. MARLER
Attorney for
Taylor Fitzgerald, individually and as Parent and Guardian of R.B., a Minor Child

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: 7/17/18   /s/ John A. Mendez

Hon. John A. Mendez
U. S. District Court Judge

3

[STIPULATION]
605907.1