1  ELVIRA CORTEZ (275626)
   ecortez@dinsmore.com
2  DINSMORE & SHOHL LLP
   655 West Broadway, Suite 800
3  San Diego, CA 92101
   Ph: (619) 400-0500
4  Fx: (619) 400-0501

5  Attorney for Third Party - Defendant
   GREENGATE FRESH, LLLP
6

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 | TAYLOR FITZGERALD, individually and as | CASE NO. 2:18-CV-01214-JAM-DB
      Parent and Guardian of R.B., a Minor Child, |
12 |                                         | **THIRD PARTY DEFENDANT**
                   Plaintiff,               | **GREENGATE, LLLP'S DISCLOSURE**
13 |                                         | **STATEMENT**
      v.                                     |
14 |                                         |
      PAPA MURPHY'S INTERNATIONAL, LLC, | Judge:                J.A. Mendez
15 | a Foreign Corporation d/b/a PAPA       | Complaint Filed:      May 11, 2018
      MURPHY'S TAKE N BAKE; DOES 1         | First Amended Third Party
16 | through 10, inclusive; and ROE ENTITIES 1 | Complaint Filed:      July 16, 2018
      through 10, inclusive,                 | Trial Date:           None
17 |                                         |
                   Defendants.              |
18 | _____     |
      PAPA MURPHY'S INTERNATIONAL LLC, |
19 | a foreign LLC,                         |
20 |                                         |
                   Third Party-Plaintiff,   |
21 |                                         |
      v.                                     |
22 |                                         |
      C.H. ROBINSON COMPANY, a Delaware     |
23 | corporation; PROPACIFIC FRESH, INC., a |
      California corporation; GREENGATE FRESH, |
24 | LLLP, an Arizona LLLP; and MOES 1 through |
      30, inclusive,                         |
25 |                                         |
                   Third Party – Defendants. |
26 | ///
27 | ///
28 | ///

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendant Third Party Defendant GreenGate Fresh, LLLP, (hereinafter "GreenGate"), identifies the following parent corporations for Greengate. No publicly held corporation owns 10% or more of Greengate's stock:

| INTERESTED PARTY | CONNECTION |
|---|---|
| GreenGate Fresh, LLLP | Third Party Defendant |
| Barkley Ag Enterprises, LLC | owns 89.99% of Greengate Fresh, LLP |
| BRK-2007, LLC | owns 100% of Barkley Ag Enterprises, LLC |

DATED:  August 21, 2018

DINSMORE & SHOHL LLP

_/s/ Elvira Cortez_____
Elvira Cortez (275626)

Attorney for Third Party – Defendant
Greengate Fresh, LLLP

## CERTIFICATE OF SERVICE

I certify that, on the date specified below, this document filed through the CM/ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and served by United States mail to all unregistered participants.

Dated:        August 21, 2018

s/ Elvira Cortez_____

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**