John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: jakefreed@dwt.com

Attorneys for Third-Party Defendant
PRO PACIFIC FRESH, INC.

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR FITZGERALD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAPA MURPHY'S INTERNATIONAL, LLC, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-01214-JAM-DB<br><br>**STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT PRO PACIFIC FRESH, INC. TO RESPOND TO COMPLAINT; ORDER**<br><br>**[Civ. L.R. 144(a)]**<br><br>**First Amended Third-Party Complaint filed July 16, 2018** |
| PAPA MURPHY'S INTERNATIONAL, LLC,<br><br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>C.H. ROBINSON COMPANY, et al.,<br><br>　　　　Third-Party Defendants. | |

| | |
|---|---|
| 1 | WHEREAS, on July 16, 2018, Defendant and Third-Party Plaintiff Papa Murphy's |
| 2 | International, LLC ("Papa Murphy's") filed a First Amended Third-Party Complaint against Pro |
| 3 | Pacific Fresh, Inc. ("Pro Pacific") and others; and |
| 4 | WHEREAS, Pro Pacific's deadline to respond to the First Amended Third-Party |
| 5 | Complaint is September 6, 2018 |
| 6 | WHEREAS, Pro Pacific requires additional time to investigate the facts of this matter and |
| 7 | prepare its responsive pleading. |
| 8 | NOW THEREFORE, Papa Murphy's and Pro Pacific HEREBY STIPULATE AND |
| 9 | AGREE AS FOLLOWS, subject to the Court's approval: |
| 10 | The deadline for Pro Pacific to answer, move, or otherwise respond to the First Amended |
| 11 | Third-Party Complaint shall be extended up to and including <u>September 14, 2018</u>. |
| 12 | IT IS SO STIPULATED. |

DATED September 4, 2018                DAVIS WRIGHT TREMAINE LLP
                                       John D. Freed


                                       By: */s/ John D. Freed*
                                            John D. Freed

                                       Attorneys for Third-Party Defendant
                                       PRO PACIFIC FRESH, INC.


                                       WOOLLS PEER DOLLINGER & SCHER
                                       Caitlin R. Zapf

                                       By: /s/ *Caitlin R. Zapf*
                                            Caitlin R. Zapf

                                       One Wilshire Building
                                       624 S. Grand Ave., 22nd Floor
                                       Los Angeles, CA 90017
                                       Attorneys for Defendant and Third-Party
                                       Plaintiff
                                       PAPA MURPHY'S INTERNATIONAL,
                                       LLC

# ORDER

Presently before the Court is a stipulation between Papa Murphy's International, LLC ("Papa Murphy's") and Pro Pacific Fresh, Inc. ("Pro Pacific") to extend the time for Pro Pacific to answer, move, or otherwise respond to Papa Murphy's First Amended Third-Party Complaint up to and including September 14, 2018.

Good cause appearing therefor, the Court GRANTS the stipulation, as follows: Pro Pacific shall answer, move, or otherwise respond to Papa Murphy's First Amended Third-Party Complaint on or before September 14, 2018.

IT IS SO ORDERED.

DATED: 9/5/2018                     /s/ John A. Mendez
                                    U. S. District Judge