Craig M. Murphy, Esq.
SBN 314526
MURPHY & MURPHY LAW OFFICES
4482 Market Street, Ste 407
Ventura, CA 93003
(805) 330-3393 Phone
(702) 369-9630 Fax
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR FITZGERALD, individually and as Parent and Guardian of R.B., a Minor Child,<br><br>    Plaintiffs,<br>v.<br><br>PAPA MURPHY'S INTERNATIONAL, LLC, a Foreign Corporation d/b/a PAPA MURPHY'S TAKE N BAKE; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>    Defendants.<br><br>PAPA MURPHY'S INTERNATIONAL, LLC,<br><br>    Third-Party Plaintiff,<br>v.<br><br>CH ROBINSON COMPANY, et al.,<br><br>    Third-Party Defendant. | Case No.: 18-cv-01214-JAM-DB<br><br><br><br><br><br><br><br><br><br>**ORDER TO RE-OPEN CASE** |

  WHEREAS On September 18, 2018, this court entered an Order confirming the parties' stipulation to voluntarily dismiss this matter pursuant to F.R.C.P. 41(a)(1)(A)(ii) [Doc. 38, p. 3];

  WHEREAS Plaintiffs filed an Ex-Parte Motion to Re-Open Case on November 14, 2019 [Doc. __] pursuant to Fed R Civ P 60(b)(6);

1       WHEREAS Plaintiffs request was limited to the Court re-opening this case for the sole
2 purpose to allow Plaintiffs the opportunity to submit a Petition for the Compromise of Minor's
3 claim for the Court's review and approval; and

4       WHEREAS the Court is vested with such authority pursuant to F.R.C.P. 60(b)(6) and 60(c);

5       IT IS HEREBY ORDERED that Plaintiffs' Motion to Re-Open Case is GRANTED; and

6       IT IS FURTHER ORDERED that this case be re-opened for the sole purpose of this Court
7 exercising authority to review and approve the compromise of minor's claim to be submitted to this
8 Court by Plaintiffs.

9       Dated this 15TH day of November, 2019.

                              /s/ John A. Mendez
                              United States District Court Judge

MURPHY & MURPHY LAW OFFICES
4482 Market Street, Ste 407
Ventura, CA 93003
Telephone (805) 330-3393
Facsimile (702) 369-9630